Ralph Hilton CLINTON,
Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. 16272.

Missouri Court of Appeals,
Southern District,
Division Two.

Oct. 30, 1989.

Craig A. Johnston, Columbia, for movant-appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

PREWITT, Judge.

Following a plea of guilty, movant was convicted of robbery in the first degree and sentenced to 20 years' imprisonment. Thereafter he filed a motion under Rule 24.035, seeking to vacate that conviction. The trial court determined that the files and records before it conclusively showed that the movant was not entitled to relief and denied his motion without an evidentiary hearing.

Appellate review is to determine whether the findings and conclusions of the trial court are clearly erroneous. Rule 24.035(j). An examination of the record reveals that the judgment of the trial court was based on findings of fact that are not clearly erroneous. The files and records in the criminal matter support the trial court's determination. No error of law appears and an opinion would have no precedential value.

The judgment is affirmed in compliance with Rule 84.16(b).

FLANIGAN, P.J., and MAUS, J., concur.

STATE of Missouri, Respondent,

v.

James KIRKLAND, Appellant.

No. WD 40193.

Missouri Court of Appeals,
Western District.

Oct. 31, 1989.

Ellen H. Flottman, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and TURNAGE and ULRICH, JJ.

ORDER

PER CURIAM.

Consolidated appeal from conviction of first degree robbery and from denial of Rule 29.15 motion for post-conviction relief.

Conviction affirmed pursuant to Rule 30.-25(b); denial of post-conviction relief affirmed pursuant to Rule 84.16(b).